1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**
8

| Victor David Perez Peralta, | **NO. CV-23-00358-PHX-JAT** |
|---|---|
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| Custom Image Pros LLC, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants Custom Image Pros, LLC, Timothy Simpson, and Jane Doe Simpson. Plaintiff Victor Perez Peralta is awarded $597.60 and $2,138.40 against all three Defendants, jointly and severally, plus post-judgment interest at the applicable statutory rate.

Debra D. Lucas
District Court Executive/Clerk of Court

December 6, 2023

By  s/ S. Ferdig
    Deputy Clerk
